AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Karlton F. Stanley ) | Case No: 1:02-cr-65 |
| ) | USM No: 40144-074 |
| Date of Previous Judgment: January 13, 2003 ) | Mary Ellen Coleman |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✖ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.    ✖ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  151  months **is reduced to**  125 months.  If this revised sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence.         .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 125 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✖ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
Court continues to recommend that defendant participate in the 500 hour Institution Residential Drug Abuse Treatment Program.

Except as provided above, all provisions of the judgment dated  January 13, 2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 4, 2008

*/s/ R. Allan Edgar*
Judge's signature

Effective Date: _____
(if different from order date)

R. Allan Edgar, United States District Judge
Printed name and title

Case 1:02-cr-00065-CLC   Document 59   Filed 11/04/08   Page 1 of 1   PageID #: 18